IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND,<br>Plaintiff,<br><br>v.<br><br>DAVE STRAMA, Individually and d/b/a UNION SIGNS AND PRINTING,<br>an Illinois sole proprietorship,<br><br>Defendant. | No. 24-cv-2436<br><br>Judge: Virginia M. Kendall |

## PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN

Plaintiffs, by and through their attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, JAMES R. ANDERSON, and ARNOLD AND KADJAN, LLP, move the Court to enter an order of default against the Defendant. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on March 26, 2024.

3. The Defendant was served on April 1, 2024. (Docket Entry 7).

4. More than twenty-one (21) days have passed after service of process and the Defendant has not served an answer or any other responsive pleading.

5. On January 29, 2025, this Court directed the Clerk to enter a default against the Defendant under Rule 55(a) of the Federal Rules of Civil Procedure.

6. A fringe benefit compliance audit was completed for the period of June 1, 2014 through May 31, 2025. (Ex. A Richard J. Wolf Affidavit ¶2).

7. The audit revealed a total of $278,043.94 (Ex A. ¶ 4).

WHEREFORE, Plaintiffs pray for the following relief:

A. That this Court enter judgement against the Defendant, Union Signs and Printing. in the amount of $278,043.94.

                Respectfully submitted,

                TRUSTEES OF THE CHICAGO PAINTERS et al,

                By: /s/ Grant R. Piechocinski
                      One of Plaintiffs' attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601.
(312)236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, <br> Plaintiff, <br> v. <br> DAVE STRAMA, Individually and d/b/a UNION SIGNS AND PRINTING, <br> an Illinois sole proprietorship, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No . 24-cv-2436 <br> ) <br> ) Judge: Virginia M. Kendall <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

To:  Union Signs and Printing
     Dave Strama, its Owner
     1 S. Eastern Ave.
     Joliet, IL 60433

    That the undersigned, an attorney of record, hereby certifies that the foregoing instrument was sent via First Class Mail service to the party listed at the above indicated address on December 17, 2025.

                                                   Respectfully submitted,

                                                   TRUSTEES OF THE CHICAGO PAINTERS
                                                   AND DECORATORS WELFARE FUND,

                                           By:  /s/Grant R. Piechocinski
                                                   One of their Attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415